**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 365 EAL 2014
:
              Respondent     :
                          : Petition for Allowance of Appeal from the
                          : Order of the Superior Court
        v.                :
:
:
:
PAUL PARKER,             :
:
              Petitioner      :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal

is **DENIED**.